# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| SSI Technology, Inc. | ) ASBCA No. 60088 |
| | ) |
| Under Contract No. W56HZV-12-C-0058 | ) |

APPEARANCE FOR THE APPELLANT:        Bret S. Wacker, Esq.
        Clark Hill PLC
        Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
        Army Chief Trial Attorney
        MAJ Julie A. Glascott, JA
        Trial Attorney

## ORDER OF DISMISSAL

Appellant appealed from a 24 April 2015 contracting officer's letter which purported to be a final decision, and the Board docketed the appeal as ASBCA No. 60088. By letter dated 10 August 2015, appellant informed the Board that the contracting officer's 24 April 2015 decision had been rescinded, and appellant requested to withdraw its appeal. The government does not object to appellant's request. Accordingly, this appeal is dismissed without prejudice.

Dated: 25 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60088, Appeal of SSI Technology, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals